UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREA PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12 CV 1276 CDP |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiff Andrea Palmer filed this case on July 18, 2012, appealing the denial of her applications for Supplemental Security Income and Disability Insurance Benefits.  I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on July 22, 2013.

Plaintiff now seeks attorney's fees in the amount of $5,322.68, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Defendant has no objection to the payment of the amount requested.  Because plaintiff prevailed and is not

---

[1]  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. As such, she is substituted for Michal J. Astrue as the defendant in this lawsuit.  Fed. R. Civ. P. 25(d).

otherwise precluded from recovering attorney's fees and costs, I find that plaintiff[2] is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#20] is GRANTED, and defendant shall pay plaintiff $5,322.68 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2013.

---

[2] The fees are payable to plaintiff, not plaintiff's attorney. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2524 (2010).